Argued May 20, affirmed May 20, 1971

STATE OF OREGON, *Respondent, v.*
RODOLFO SANCHEZ, *Appellant.*

484 P2d 1125

*John J. Haugh,* Portland, argued the cause for appellant. With him on the brief were Kevin P. O'Connell, and O'Connell, Goyak, Haugh & Loew, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.